## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LAURIE DOODY,<br><br>     Plaintiff,<br><br>     v.<br><br>AETNA LIFE INSURANCE CO.,<br><br>     Defendant. | )<br>)<br>)<br>)   Case No:   2:18-cv-00082-NT<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Laurie Doody and Defendant Aetna Life Insurance Company, by their undersigned counsel, hereby stipulate and agree that this action, together with any and all claims asserted in the action, shall be dismissed in its entirety without prejudice and without any assessment by the Court of costs or attorneys' fees.

SO STIPULATED AND AGREED:

Dated:  May 2, 2018

| | |
|---|---|
| /s/ Gisele M. Nadeau<br>Gisele M. Nadeau, Esq.<br>55 Pleasant Ave.<br>Portland, ME 04103<br>(207) 671-0327<br>nadeau@nadeauerisadisability.com<br><br>Attorney for Plaintiff | /s/ Eric J. Uhl<br>Eric J. Uhl<br>Littler Mendelson, P.C.<br>1 Monument Square, Suite 600<br>Portland, ME  04101<br>(207) 774-6001<br>euhl@littler.com<br><br>Ashley Satterfield Patterson (*pro hac vice*)<br>Federal Express Corporation<br>3620 Hacks Cross Road, Building B<br>Memphis, Tennessee 38125<br>(901) 434-8545<br>ashley.patterson@fedex.com<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was served on all parties via the Court's CM/ECF system on May 2, 2018.

                                  */s/ Eric J. Uhl*
                                  Eric J. Uhl
                                  **LITTLER MENDELSON, P.C.**
                                  1 Monument Square
                                  Suite 600
                                  Portland, ME  04101
                                  207.774.6001
                                  euhl@littler.com

                                  Attorney for Defendant